UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:15-CR-6010-EFS-3 |
|---|---|
| Plaintiff, | ORDER DENYING MOTION TO MODIFY, WITH LEAVE TO RENEW, AND GRANTING MOTION TO EXPEDITE |
| vs. | |
| JEREMY G. RODRIGUEZ, | |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Pretrial Release to allow him to travel outside the Eastern District of Washington. ECF No. 176.

Defendant offers no reason for seeking this change in the conditions of release, and suggests no limits on where or when he proposes to travel outside the district. The bail report, considered when current release conditions were ordered, notes previous employment with a trucking company, and references certain difficulties in Mexico.

**IT IS ORDERED** that, at this time, Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 176,** is **DENIED,** with leave to renew. The Motion to Expedite, **ECF No. 177,** is **GRANTED**.

DATED January 26, 2017.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1