# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2017

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Rodriguez, Jeremy G. | Docket No. | 0980 4:15CR06010-003 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jeremy G. Rodriguez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Yakima, Washington, on the 15th day of January 2016 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Condition #28: GPS Monitoring:** The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of the United States Probation/Pretrial Services Office. In the event the Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall notify the Court, who may direct the United States Marshal to immediately arrest the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation Services Office. AND

**Home detention:** Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, medical necessities, substance abuse testing or treatment, or mental health treatment.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
  (If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On May 15, 2017, Jeremy G. Rodriguez consumed methamphetamine. Mr. Rodriguez admitted, in writing, to the U.S. probation officer that he had used methamphetamine.

**Violation#2:** On May 17, 2017 Jeremy G. Rodriguez left his residence and/or traveled to locations not approved by the supervising officer. Mr. Rodriguez admitted to this officer that he left his residence, without permission, and traveled to submit to drug testing and then went to an unapproved business location.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  May 23, 2017

by  s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
**John T. Rodgers**
**United States Magistrate Judge**

Date **May 24, 2017**