# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2017

SEAN F. McAVOY, CLERK

U.S.A. vs.      Rodriguez, Jeremy G.      Docket No.      0980 4:15CR06010-EFS-k-3

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jeremy G. Rodriguez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Yakima, Washington, on the 15th day of January 2016, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Condition #24: Substance Abuse Evaluation:** Defendant shall participate in a substance abuse evaluation and any recommended treatment. Pretrial Services shall determine the evaluator and the schedule.

**Condition #27: Prohibited Substance Testing:** If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) time per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and /or any form of prohibited substance screening or testing. Defendant shall refrain form obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On August 11, 2017, Jeremy G. Rodriguez failed to report for urine drug testing. Mr. Rodriguez stated that he did not go to testing because he had not received permission to leave his residence per the home detention condition. While this is correct, Mr. Rodriguez did not follow established procedures for receiving permission to leave his residence as he had many times previously.

**Violation #2:** On August 14, 2017, Jeremy G. Rodriguez submitted to urine testing at the U.S. Probation Office, which tested positive for methamphetamine. The defendant denied, in writing, the use of illicit drugs.

**Violation #3:** On July 28, 2017, Jeremy G. Rodriguez failed to appear for a scheduled substance abuse evaluation at First Step Community Counseling Services. As of the date of this report, the defendant has not rescheduled the appointment despite promises to do so.

    PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: August 22, 2017 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

August 23, 2017

Date