PROB 12C
(6/16)

Report Date: March 8, 2024

# United States District Court

**for the**

## Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 08, 2024**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Jeremy G Rodriguez | Case Number: | 0980 4:15CR06010-EFS-3 |
| Address of Offender: | ▮▮▮▮▮▮, Pasco, Washington 99301 | | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 31, 2017

Original Offense: Conspiracy to Distribute 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) and 846

Original Sentence: Prison - 96 months; TSR - 48 months          Type of Supervision: Supervised Release

Asst. U.S. Attorney: Brandon L Pang          Date Supervision Commenced: October 2, 2023

Defense Attorney: Ben Hernandez III          Date Supervision Expires: October 1, 2027

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/15/2024( filed by the court on 2/21/2024). A summons has been previously issued by the Court for Mr. Rodriguez.

On October 2, 2023, the undersigned officer reviewed with Mr. Rodriguez the conditions of supervised release, he signed a copy of his conditions, and verbalized understanding his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Mr. Rodriguez is considered to be in violation of his conditions of supervised release by consuming a controlled substance, methamphetamine, on or before February 26, 2024. |
| | On February 26, 2024, Mr. Rodriguez submitted a urine sample at the U.S. Probation Office that was presumptive positive for methamphetamine. Mr. Rodriguez denied any use to the undersigned officer. The lab report from the contract laboratory confirmed the urine sample was positive for methamphetamine on March 4, 2024. |

Prob12C
Re: Rodriguez, Jeremy G
March 8, 2024
Page 2

| | |
|---|---|
| 4 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: Mr. Rodriguez is considered to be in violation of his conditions of supervised release by consuming a controlled substance, marijuana, on or before February 26, 2024.

On February 26, 2024, Mr. Rodriguez submitted a urine sample at the U.S. Probation Office that was presumptive positive for methamphetamine. Mr. Rodriguez denied any use to the undersigned officer and initially stated, "You know what, I'll take the hit on the THC one it might be positive for THC because my girl has this hemp lotion and I be using it." The undersigned officer informed Mr. Rodriguez that it does not work that way and the only way it would be presumptive positive for marijuana is if Mr. Rodriguez consumed it. The lab report from the contract laboratory confirmed the urine sample was positive for marijuana on March 2, 2024.

| | |
|---|---|
| 5 | **Standard Condition # 2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence:** Mr. Rodriguez is considered to be in violation of his term of supervised release by not reporting to the U.S. Probation Office as directed, on or about March 8, 2024.

On March 6, 2024, the undersigned officer made telephone contact with Mr. Rodriguez and rescheduled Mr. Rodriguez's office visit to March 8, 2024, at 10 a.m. at the U.S. Probation Office.

On March 8, 2024, Mr. Rodriguez failed to report at 10 a.m. as scheduled. He made telephone contact with the undersigned officer shortly thereafter and informed the undersigned he would be at the U.S. Probation Office by 12:30p.m. Mr. Rodriguez failed to report to the U.S. Probation office by 12:30p.m., and has not made contact with the undersigned officer.

The U.S. Probation Office respectfully recommends the Court to issue the **warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 8, 2024

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

Prob12C
Re: Rodriguez, Jeremy G
March 8, 2024
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*
Signature of Judicial Officer

March 8, 2024
Date