PROB 12C
(6/16)

Report Date: February 15, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeremy G Rodriguez | Case Number: 0980 4:15CR06010-EFS-3 |
| Address of Offender: ▇▇▇▇▇▇▇▇, Pasco, Washington 99301 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: October 31, 2017 | |
| Original Offense: | Conspiracy to Distribute 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) and 846 |
| Original Sentence: Prison - 96 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Brandon L Pang | Date Supervision Commenced: October 2, 2023 |
| Defense Attorney: Alex B Hernandez III | Date Supervision Expires: October 1, 2027 |

### PETITIONING THE COURT

To issue a summons.

On October 2, 2023, the undersigned officer reviewed with Mr. Rodriguez the conditions of supervised release, he signed a copy of his conditions, and verbalized understanding his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Rodriguez is considered to be in violation of his term of supervised release by not reporting to the U.S. Probation Office as directed, on or about February 9, 2024. |
| | On January 5, 2024, Mr. Rodriguez reported to the U.S. Probation Office as directed. During this office visit, the undersigned officer provided Mr. Rodriguez reporting instructions to report again to the U.S. Probation Office on February 9, 2024. Mr. Rodriguez verbalized understanding. |
| | On February 9, 2024, Mr. Rodriguez failed to report to the U.S. Probation Office as directed. The undersigned officer attempted to make telephone contact with Mr. Rodriguez later that |

Prob12C
Re: Rodriguez, Jeremy G
February 15, 2024
Page 2

    same date after Mr. Rodriguez's scheduled appointment time, and was unsuccessful. The undersigned officer then sent Mr. Rodriguez a text message on his whereabouts and received the following response, "Damn I didn't realize today we were going to meet." The undersigned officer reminded Mr. Rodriguez that he was provided reporting instruction on his previous visit on January 5, 2024, to report next on February 9, 2024.

2    **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: Mr. Rodriguez is considered to be in violation of his term of supervised release by failing to obtain a substance abuse evaluation as directed, on or before February 9, 2024.

    On January 5, 2024, Mr. Rodriguez reported to the U.S. Probation Office as directed. During this office visit, the undersigned officer instructed Mr. Rodriguez he was to have a substance abuse evaluation completed before his next office visit on February 9, 2024. Furthermore, the undersigned officer reminded Mr. Rodriguez that the probation referral was still active for Mr. Rodriguez to obtain a substance abuse evaluation at Merit Resource Services. Mr. Rodriguez verbalized understanding.

    On February 9, 2024, the undersigned officer made telephone contact with staff members from Merit Resource Services located in Pasco and Kennewick, Washington, and confirmed Mr. Rodriguez had not completed a substance abuse evaluation.

    On February 12, 2024, Mr. Rodriguez reported to the U.S. Probation Office. The undersigned officer asked Mr. Rodriguez during this visit as to why he had not completed a substance abuse evaluation. Mr. Rodriguez stated, "I've been working a lot." The undersigned officer informed Mr. Rodriguez that this was not an appropriate excuse as he had well over a month to obtain the substance abuse evaluation. Mr. Rodriguez verbalized understanding.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 15, 2024

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

Prob12C
Re: Rodriguez, Jeremy G
February 15, 2024
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

__2/21/2024_____
Date