PROB 12C
(6/16)

Report Date:  August 27, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 28, 2024

SEAN F. MCAVOY, CLERK

Name of Offender: Jeremy G Rodriguez          Case Number: 0980 4:15CR06010-EFS-3

Address of Offender:                          , Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 31, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 5 Grams or More of Actual Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846 | |
| Original Sentence: | Prison - 96 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (April 22, 2024) | Prison- 3 months; TSR- 57 months | |
| Asst. U.S. Attorney: | Brandon L Pang | Date Supervision Commenced: June 27, 2024 |
| Defense Attorney: | Ben Hernandez, III | Date Supervision Expires: March 26, 2029 |

## PETITIONING THE COURT

To issue a warrant.

On June 27, 2024, the undersigned officer reviewed with Mr. Rodriguez the conditions of supervised release, he signed a copy of his conditions, and verbalized understanding his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Rodriguez is considered to be in violation of his conditions of supervised release by consuming a controlled substance, methamphetamine, on or about July 11, 2024.

On July 17, 2024, Mr. Rodriguez reported to the U.S. Probation Office as instructed. Mr. Rodriguez submitted a urine sample at the probation office that was presumptive positive for amphetamine and methamphetamine. During this office visit, Mr. Rodriguez was asked

Prob12C

**Re: Rodriguez, Jeremy G**
**August 27, 2024**
**Page 2**

about the presumptive positive results and he denied any use. Mr. Rodriguez, shortly after, verbally admitted to using methamphetamine after getting into an argument with his wife. Mr. Rodriguez signed a drug use admission form indicating he last used methamphetamine on July 11, 2024. The urine sample was sent to Abbott Laboratory for confirmation. On July 26, 2024, Abbott Laboratory confirmed the urine sample to be positive for amphetamine and methamphetamine.

2      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Rodriguez is considered to be in violation of his term of supervised release by failing to report for drug testing on July 23, 2024, as required.

On July 17, 2024, Mr. Rodriguez was referred to Merit Resource Services (Merit) and placed on the random color line during his office visit at the U.S. Probation Office. Mr. Rodriguez was informed that his assigned color would be brown, and he was to call the color line Monday through Friday, and report for drug testing when the color brown was called.

On July 25, 2024, a staff member from Merit informed U.S. Probation that Mr. Rodriguez was a no show for drug testing on July 23, 2024.

3      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Rodriguez is considered to be in violation of his conditions of supervised release by consuming a controlled substance, methamphetamine on or about July 25, 2024.

On July 29, 2024, the undersigned officer spoke with a staff member from Merit and was informed that a urine sample was collected from Mr. Rodriguez on July 25, 2024, which was presumptive positive for amphetamine and methamphetamine. The staff member further informed the undersigned officer that Mr. Rodriguez admitted to the use of methamphetamine. The urine sample was not sent to the laboratory due to Mr. Rodriguez admitting to his drug use.

4      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Rodriguez is considered to be in violation of his conditions of supervised release by consuming a controlled substance, methylenedioxymethamphetamine (MDMA), on or about July 25, 2024.

On July 29, 2024, the undersigned officer spoke with a staff member from Merit and was informed that a urine sample was collected on Mr. Rodriguez on July 25, 2024, which was

Prob12C
**Re: Rodriguez, Jeremy G**
**August 27, 2024**
**Page 3**

presumptive positive for MDMA, also known as Ecstasy or Molly. The staff member further informed the undersigned officer that Mr. Rodriguez admitted to the use of MDMA and that the urine sample was not sent to the laboratory due to Mr. Rodriguez admitting to his drug use.

5      **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Rodriguez is considered to be in violation of his conditions of supervised release by failing to successfully complete inpatient treatment on or about August 14, 2024.

On July 25, 2024, Mr. Rodriguez obtained a substance abuse evaluation at Merit in Kennewick, Washington, and was provided with a results appointment scheduled for August 7, 2024, at 9 a.m. During this visit, Mr. Rodriguez informed Merit staff he had a bed date scheduled for July 26, 2024, at the John Oldham Treatment Center (JOTC), located in Buena, Washington, for inpatient treatment.

On July 29, 2024, U.S. Probation confirmed with JOTC staff that Mr. Rodriguez arrived to their facility on July 28, 2024. JOTC staffed further informed U.S. Probation that Mr. Rodriguez rescheduled his bed date from July 26, to July 28, 2024, to take care of a "few things."

On August 6, 2024, the undersigned spoke with Mr. Rodriguez during a telephone contact. Mr. Rodriguez informed the undersigned officer he was scheduled to graduate inpatient treatment on August 24, 2024.

On August 26, 2024, the undersigned officer spoke with his JOTC counselor and was informed Mr. Rodriguez was unsuccessfully discharged from the treatment center for a rule violation on August 14, 2024.

On August 27, 2024, the undersigned officer attempted to make telephone contact with Mr. Rodriguez, and was unsuccessful. To date, Mr. Rodriguez has not made any attempts to contact the U.S. Probation Office or the undersigned officer. At this time, Mr. Rodriguez's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 27, 2024

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

**Prob12C**

**Re: Rodriguez, Jeremy G**
**August 27, 2024**
**Page 4**

---

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

_Edward F. Shea_

─────────────────────────
Signature of Judicial Officer

August 28, 2024
─────────────────────────
Date